*AMENDED

CIVIL APPEALS – CERTIFICATE
To Be Filed with Court of Appeals
TRIAL COURT NO.15148B

MILTON TAYLOR

IN THE DISTRICT COURT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/27/2015 9:22:53 AM
KEITH E. HOTTLE
Clerk

VS .

KERR COUNTY, TEXAS

THE CITY OF KERRVILLE AND THE STATE OF TEXAS
BRUCE CURY, in his official capacity only as the
216th District Attorney

216TH JUDICIAL DISTRICT

****Date Notice of Appeal filed in Trial Court:    May 6th and October 15th, 2015

1. Has a motion for new trial been filed:    _____Yes   _X_ No

   Will a motion for new trial be filed:    _____Yes   _X_ Unknown

2. Date of Judgment signed: OCTOBER 5TH, 2015

3. The Honorable N. KEITH WILLIAMS presided at trial.

4. The Appellant is represented by: E. BRUCE CURRY, BAR NO. 05268500
   200 EARL GARRETT, SUITE 202 KERRVILLE, TX 78028  Phone: 8308964744

5. The Appellee is represented by: DOYLE WEAVER, BAR NO. 24000869
   843 SIDNEY BAKER STREET, SUITE 101 KERRVILLE, TX 78028
   Phone: 8308963000

6. Supersedeas Bond    _____was or _X_ was not filed. Amt.$_____

7. Name & Address of Court Reporter: DANDY MIDDLETON, PO BOX 1082
   BOERNE, TX 78006  Phone: 2108275153

8. Type of Case: Bill of Review

Witness my hand this the 7TH day of OCTOBER, 2015

Robbin Burlew
Kerr County District Clerk

By_____Deputy
   Tammy Marquart

***Amendment is filed based on another Notice of Appeal filed

No. 15148A

| | | |
|---|---|---|
| MILTON E. TAYLOR, Plaintiff | § | IN THE DISTRICT COURT |
| VS. | § | |
| THE CITY OF KERRVILLE, AND | § | 216TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS, THROUGH | § | |
| BRUCE CURRY, in his official capacity | § | |
| only as the 216th District Attorney | § | KERR COUNTY, TEXAS |

## WRITTEN NOTICE OF APPEAL FROM THE ORDER DATED OCTOBER 5, 2015

Now comes the State of Texas, by and through her District Attorney, in the above titled and numbered cause, and gives notice of appeal from the order of the 216th Judicial District Court on October 5, 2015 granting the petitioner's Bill of Review and files Notice of Appeal from said order to the Court of Appeals for the Fourth Supreme Judicial District of Texas, San Antonio, Texas.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Notice of Appeal be entered of record this date.

Respectfully submitted,

E. BRUCE CURRY
District Attorney
200 Earl Garrett Street, Suite 202
Kerrville, Texas 78028
(830) 896-4744 telephone
(830) 896-2620 facsimile
SBN 05268500

ATTORNEY FOR THE STATE

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Written Notice of Appeal has been provided to Doyle Weaver, Attorney for Defendant, on this the _____ day of October, 2015.

E. Bruce Curry

FILED _10-15-_ 20_15_
@ _8:06_ A M
ROBBIN BURLEW
District Clerk, Kerr County, TX
By_____Deputy

No. 15148A

| | | |
|---|---|---|
| MILTON E. TAYLOR, Plaintiff | § | IN THE DISTRICT COURT |
| VS. | § | |
| THE CITY OF KERRVILLE, AND | § | 216TH JUDICIAL DISTRICT |
| THE STATE OF TEXAS, THROUGH | § | |
| BRUCE CURRY, in his official capacity | § | |
| only as the 216th District Attorney | § | KERR COUNTY, TEXAS |

## AFFIDAVIT

THE STATE OF TEXAS          §

COUNTY OF KERR          §

BEFORE ME, the undersigned authority, on this day personally appeared E. BRUCE CURRY, who after being by me duly sworn, upon his oath stated:

"My name is E. BRUCE CURRY, and I am the District Attorney and prosecuting attorney for the 216th Judicial District, Kerr County, Texas, in the above styled and numbered cause. I certify to the trial court that this appeal is not taken for purposes of delay but so that justice may be done."

Further Affiant sayeth not.

SIGNED this the ___14th___ day of October, 2015.

_____
E. BRUCE CURRY

SUBSCRIBED AND SWORN to before me on this the ___14th___ day of October, 2015.

_____
Notary Public
State of Texas

KAYE H BROWN
NOTARY PUBLIC
State of Texas
Comm. Exp. 11-12-2017